IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| HERCULES ATLAS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 00-CV-2332 MJD/RLE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION FOR DISMISSAL AND ENTRY OF JUDGMENT

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

SO ORDERED:

Dated this 6th day of Jan, 2002.

Michael J. Davis, Judge
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 0 7 2001
DEPUTY CLERK

STIPULATION FOR
DISMISSAL - 2

Approved as to form and content:

For the Defendant United States:

THOMAS B. HEFFELFINGER
United States Attorney

EVAN J. DAVIS
Washington State Bar #23146
Trial Attorney, Tax Division
U.S. Department of Justice
Civil Trial Section, Central Region
Washington, D.C. 20530
Telephone: (202) 514-0079

For the Plaintiff Hercules Atlas Corporation:

MARK A. PRIDGEON
Minnesota Attorney Registration No. 88262
Mark A. Pridgeon, Attorney at Law
7301 Ohms Lane, Suite 420
Edina, Minnesota 55439
Telephone (612) 835-8320