# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

HERCULES ATLAS CORPORATION

Plaintiff,

Case No. Civil 00-2332 MJD/RLE

v.

**JUDGMENT IN A CIVIL CASE**

UNITED STATES OF AMERICA,

Defendant

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED : It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.**

DATE: January 7, 2002

RICHARD SLETTEN , CLERK

E Knoblauch

E. Knoblauch, Deputy Clerk